Case 4:19-cr-00633   Document 262   Filed on 09/21/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 21, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus | § § § | |
| <u>**OLOTIN ALFRED ALATAN**</u> | | CRIMINAL CASE: 4:19CR633-1 |

### ORDER TO SURRENDER

The defendant, <u>**OLOTIN ALFRED ALATAN #99813-479**</u>

having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Tuesday, October 11, 2022** by 2:00 pm to:

FCI VICTORVILLE MEDIUM I
13777 AIR EXPRESSWAY BLVD
VICTORVILLE, CA 92394
760-246-2400

Signed on _September 21_, 2022

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE