United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-24-1096 |
| | § | (CRIMINAL NUMBER H-19-633-01) |
| OLOTIN ALFRED ALATAN, | § | |
| REG. NO. 99813-479, | § | |
| | § | |
| Defendant/Petitioner. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-24-1096 is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 21st day of October, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE